UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CRIMINAL NO. 06-28

UNITED STATES OF AMERICA,                                             PLAINTIFF,

v.                                    **OPINION AND ORDER**

JOSEPH EDELSTEIN and
THOMAS S. BOND,                                                       DEFENDANTS.

\* \* \* \* \* \* \*

This matter is before the Court on the Defendant Joseph Edelstein's Motions to Suppress (Rec. Nos. 29, 30 and 31); the Defendant Thomas S. Bond's Motion to Suppress (Rec. No. 28) and Motion to Preclude (Rec. No. 34); the Report and Recommendation (Rec. No. 54) made by the United States Magistrate Judge; and the Defendant's Objection to the Report and Recommendations (Rec. No. 57).

On November 28, 2006, the Magistrate Judge filed a Report and Recommendation (Rec. No. 54). Based on a review of the record and the applicable law, the Magistrate Judge recommended that all of the Defendants' motions should be denied. On December 22, 2006, the Defendants jointly filed objections to the Magistrate Judge's Report and Recommendation. (Rec. No. 57). On January 3, 2007, the Court conducted a pretrial conference of this matter at which it ordered that Defendant Bond must obtain new counsel within 10 days and that Bond's new counsel would have 10 days from his or her appearance to file any objections to the Magistrate Judge's Report and Recommendation. The Court deferred ruling on the Report and Recommendation until the time for Bond's new counsel to made these objections had expired. (Rec. No. 59).

On January 12, 2007, Henry E. Hughes entered his appearance as attorney of record for Defendant Bond. (Rec. No. 60). Bond's new counsel did not file any objections to the Report and Recommendation and the time for such objections has expired. Accordingly, this matter is now ripe for this Court's review.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made. In their objections, Defendants rely on *Williams v. Commonwealth*, 2006 WL 3386328 (Ky. November 22, 2006) in which the Kentucky Supreme Court held that a warrantless search of doctor's medical clinic violated the doctor's Fourth Amendment rights.

In that case, the government argued that no warrant was required for the search because of an exception to the warrant requirement for administrative inspections of commercial property employed in closely regulated industries. *Id.* at 2. The court determined that the Commonwealth failed to make any credible showing that the search was conducted for "an administrative rather than law enforcement purpose." *Id*.

In this case, however, there is no dispute that Defendant Edelstein consented to the search at issue. For the reasons detailed in the Magistrate Judge's Report and Recommendation, the Court finds that the scope of the search was reasonable. Thus, *Williams v. Commonwealth* is inapplicable. Likewise, because Defendant Edelstein consented to the search, the Defendants' objection to the Magistrate Judge's finding that investigator Paula York observed certain evidence in plain view is irrelevant. Further, for the reasons detailed in the Report and Recommendation, the Court finds that York

observed certain evidence "in plain view."

Because the Court has no basis for finding that the consensual search was illegal, none of the Defendant's statements should be suppressed as "fruit of the poisonous tree." To the extent that the Defendants argue their statements to the agents were not voluntary, they have presented no evidence to support that assertion.

For these reasons and those further detailed in the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED that:

(1) the Magistrate Judge's Report and Recommendation (Rec. No. 54) is ADOPTED as and for the opinion of the Court;

(2) Defendant Edelstein's Motions to Suppress (Rec. Nos. 29, 30 and 31) are DENIED; and

(3) Defendant Bond's Motion to Suppress (Rec. No. 28) and Motion to Preclude (Rec. No. 34) are DENIED.

This 7th day of March, 2007.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge